# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

REPUBLIC BANK OF CHICAGO,   CASE NO.: 2-21-cv-00415

    Plaintiff,

v.

GEHRISCH INSURANCE &
FINANCIAL SERVICES INC., a Florida
corporation; GEHRISCH INSURANCE
& FINANCIAL SERVICES INC, a
Florida corporation; and MITCHELL
ARDEN GEHRISCH, individually,

    Defendants.
_____/

## COMPLAINT

Plaintiff, REPUBLIC BANK OF CHICAGO ("**Republic Bank**") sues Defendants, GEHRISCH INSURANCE & FINANCIAL SERVICES INC., a Florida corporation; GEHRISCH INSURANCE & FINANCIAL SERVICES INC, a Florida corporation; and MITCHELL ARDEN GEHRISCH ("**Mitchell Gehrisch**"), individually, and alleges:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Republic Bank, is a FDIC insured bank headquartered in Oak Brook, Illinois.

QB\68507280.1

2. Defendant Gehrisch Insurance & Financial Services Inc. is a Florida corporation with its principal place of business located at 5779 Benevento Drive, Sarasota, Florida 34238.

3. At the time Defendant Gehrisch Insurance & Financial Services Inc. entered the relationship with Republic Bank, it represented that the company's principal office was located at 6900 Daniels Parkway, Suite 7, Fort Myers, Florida 33912.

4. On or about September 27, 2019 Gehrisch Insurance & Financial Services Inc. was administratively dissolved by the Florida Division of Corporations.

5. On or about October 26, 2020 Gehrisch Insurance & Financial Services Inc was formed as a Florida corporation with a near-identical name and the same directors, registered agent, principal address, and mailing address as Gehrisch Insurance & Financial Services Inc.

6. Defendant Mitchell Gehrisch is an individual residing in Sarasota County, Florida.

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a) because the parties are of diverse citizenship and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest, costs and attorneys' fees.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the Defendants reside in the Middle District of Florida, and a substantial part

of the events or omissions giving rise to Republic Bank's claims occurred in the Middle District of Florida.

## GENERAL ALLEGATIONS

9. On or about July 2, 2018, Gehrisch Insurance & Financial Services Inc. and non-party, Michael Duane Gehrisch ("**Michael Gehrisch**," together with Gehrisch Insurance & Financial Services Inc., "**Borrowers**"), executed and delivered to Republic Bank a promissory note (the "**First Note**") in the original principal amount of $380,000.00 (the "**Loan**"). A true and correct copy of the First Note is attached as **Exhibit A.**

10. On or about July 2, 2018, Borrowers executed and delivered to Republic Bank a Business Loan Agreement in connection with the Loan. A true and correct copy of the Business Loan Agreement is attached as **Exhibit B**.

11. The Loan was made by Republic Bank in connection with the operation of an insurance agency under an Allstate R3001S Exclusive Agency Agreement (the "**Agency Agreement**") entered between Allstate Insurance Company ("**Allstate**") and Michael Gehrisch.

12. On or about July 2, 2018, and as security for the indebtedness evidenced by the First Note, Borrowers executed a Security Agreement encumbering certain personal property described therein (the "**Security Agreement**"). A true and correct copy of the Security Agreement is attached

as **Exhibit C**. The personal property subject to the Security Agreement includes:

> All contract rights, accounts receivable, commission receivables of Grantor and any and all termination payments due to Grantor (as that term is defined in the Allstate R3001 Exclusive Agency Agreement executed by Grantor with Allstate Insurance Company) whether now in existence or hereafter coming into existence, and an Assignment of Life Insurance on the life of the Grantor . . .

13. On or about July 2, 2018, Michael Gehrisch, Republic Bank, and Allstate Insurance Company entered into a Commission Payment Agreement, a true and correct copy of which is attached hereto as **Exhibit D.** Pursuant to the Commission Payment Agreement, Michael Gehrisch directed and assigned payment to Republic Bank of certain commissions payable from Allstate Insurance Company.

14. On or about July 3, 2018, Defendant Mitchell Gehrisch, Michael Gehrisch's son, executed and delivered to Republic Bank a Commercial Guaranty (the "**Guaranty**"). Pursuant to the Guaranty, Mitchell Gehrisch guaranteed the full and punctual payment and satisfaction of the Indebtedness of Borrowers to Republic Bank and the performance and discharge of Borrowers' obligations. A true and correct copy of the Guaranty is attached as **Exhibit E**.

15. In the Guaranty, the term "Indebtedness" is defined to include:

> [A]ll of the principal amount outstanding from time to time and at any one or more times, accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law, attorneys' fees arising from any and all debts, liabilities and obligations of every nature or form, now existing or hereafter arising or acquired, that Borrower individually or collectively or interchangeably with others, owes or will owe Lender. "Indebtedness" includes, without limitation, . . . future loans or transactions that renew, extend, modify, refinance, consolidate, or substitute these debts, liabilities and obligations . . .

16. The Guaranty further provides:

> THIS IS A "CONTINUING GUARANTY" UNDER WHICH GUARANTOR AGREES TO GUARANTEE THE FULL AND PUNCTUAL PAYMENT, PERFORMANCE AND SATISFACTION OF THE INDEBTEDNESS OF BORROWER, OR ANY ONE OR MORE OF THEM, TO LENDER, NOW EXISTING OR HEREAFTER ARISING OR ACQUIRED, ON AN OPEN AND CONTINUING BASIS.

17. The First Note, Business Loan Agreement, Security Agreement, and Guaranty shall be collectively referred to herein as the "**Loan Documents**."

18. In connection with the Loan, Michael Gehrisch also assigned certain life insurance benefits to Republic Bank.

19. On or about October 9, 2020, Republic Bank and Michael Gehrisch executed a Settlement Agreement (the "**Settlement Agreement**") which provided that "[Gehrisch Insurance & Financial Services Inc.] has ceased operations, terminated its arrangement with Allstate and elected the TPP

5

[termination payment] plan." Gehrisch Insurance & Financial Services Inc. was not a party to the Settlement Agreement.

20. The TPP payments due from Allstate had been assigned to Republic Bank under the Security Agreement.

21. As set forth in the Settlement Agreement, Republic Bank was entitled to TPP payments from Allstate in the total amount of $179,233.92 over the course of twenty-four (24) months. As of May 1, 2021, Republic Bank has received TPP payments in the total amount of $59,744.64, reducing the balance of TPP payments owed to $119,489.28.

22. On or about October 9, 2020, Michael Gehrisch executed and delivered to Republic Bank a second promissory note (the "**Second Note**") in the original principal amount of $153,876.64. A true and correct copy of the Second Note is attached as **Exhibit F**.

23. Michael Gehrisch never made any payments on the Second Note.

24. On or about December 21, 2021, Michael Gehrisch petitioned for Chapter 7 bankruptcy (United States Bankruptcy Court for the Middle District of Florida Case No. 2:20-bk-09263-FMD).

25. The following "Events of Default" have occurred under the Loan Documents: (1) Michael Gehrisch has ceased operating as an Allstate agent, causing Republic Bank in good faith to believe itself insecure; (2) the filing of Michael Gehrisch's Chapter 7 Bankruptcy Petition; (3) Gehrisch Insurance &

Financial Services Inc.'s failure to make the full September 2020 payment and all subsequent payments on the Loan when due; and (4) material adverse changes in Gehrisch Insurance & Financial Services Inc.'s financial condition as Gehrisch Insurance & Financial Services Inc. appears to be operating its same business through a different entity, to wit, Gehrisch Insurance & Financial Services Inc and a final judgment of eviction was recently entered against Gehrisch Insurance & Financial Services Inc.[1]

26. On January 13, 2021, Republic Bank sent Mitchell Gehrisch written notice of the default, invoking the Guaranty to demand payment of the amounts due. A true and correct copy of the demand letter to Mitchell Gehrisch is attached as **Exhibit G**.

27. On or about May 4, 2021, Republic Bank also sent Gehrisch Insurance & Financial Services Inc., Gehrisch Insurance & Financial Services Inc, and Mitchell Gehrisch written notice of the default. A true and correct copy of the demand letter to Gehrisch Insurance & Financial Services Inc., Gehrisch Insurance & Financial Services Inc, and Mitchell Gehrisch is attached hereto as **Exhibit H.**

28. As of May 1, 2021, Republic Bank is owed approximately $276,173.23 in principal and interest, along with attorneys' fees in the amount

---

[1] *See Daniels Road Partners LP v. Michael Gehrisch, et al.*, Lee County Circuit Court Case No. 2020-CA-007694.

of $7,673.87 and a prepayment penalty in the amount of $6,435.40, for a total balance owed of $290,282.50.

29. To the extent further TPP payments are received by Republic Bank from Allstate, those funds will be applied and credited to the debt owed on the Loan when received.

30. Republic Bank owns and holds the Loan Documents and the Second Note.

31. Republic Bank retained the undersigned counsel to prosecute this action and became obligated to pay reasonable attorneys' fees, which fees are recoverable in accordance with the Loan Documents.

32. All conditions precedent to this action have been performed or have occurred.

## COUNT I: BREACH OF FIRST NOTE AND BUSINESS LOAN AGREEMENT

Republic Bank sues Gehrisch Insurance & Financial Services Inc. for Breach of the First Note and Business Loan Agreement and alleges:

33. Republic Bank re-alleges paragraphs 1 through 32 above as though fully set forth herein.

34. Borrowers defaulted under the First Note and Business Loan Agreement as set forth in paragraph 25 above.

35. Defendant Gehrisch Insurance & Financial Services Inc. now owes Republic Bank the full amount of principal due under the First Note and Business Loan Agreement, plus interest and fees.

WHEREFORE, Plaintiff, Republic Bank, demands judgment against Gehrisch Insurance & Financial Services Inc. for all accelerated amounts due under the First Note and Business Loan Agreement, plus accrued interest, court costs, attorneys' fees and all other amounts, and for all such other and further relief as this Court deems just and proper.

## COUNT II: BREACH OF FIRST
## NOTE AND BUSINESS LOAN AGREEMENT

Republic Bank sues Gehrisch Insurance & Financial Services Inc for Breach of the First Note and Business Loan Agreement and alleges:

36. Republic Bank re-alleges paragraphs 1 through 32 above as though fully set forth herein.

37. To the extent that they are not the same entity, Gehrisch Insurance & Financial Services Inc is a mere alter ego of Gehrisch Insurance & Financial Services Inc., its independent existence being, in fact, non-existent.

38. Gehrisch Insurance & Financial Services Inc was formed for the improper purpose of avoiding the creditors of Gehrisch Insurance & Financial

Services Inc., including without limitation, Republic Bank, causing damages to Republic Bank.

39. Borrowers defaulted under the First Note and Business Loan Agreement as set forth in paragraph 25 above.

40. Defendant Gehrisch Insurance & Financial Services Inc now owes Republic Bank the full amount of principal due under the First Note and Business Loan Agreement, plus interest and fees.

WHEREFORE, Plaintiff, Republic Bank, demands judgment against Gehrisch Insurance & Financial Services Inc for all accelerated amounts due under the First Note and Business Loan Agreement, plus accrued interest, court costs, attorneys' fees and all other amounts, and for all such other and further relief as this Court deems just and proper.

### COUNT III: BREACH OF GUARANTY (FIRST NOTE)

Republic Bank sues Mitchell Gehrisch for Breach of Guaranty with respect to the First Note and alleges:

41. Republic Bank re-alleges paragraphs 1 through 32 above as though fully set forth herein.

42. Borrowers defaulted under the First Note and Business Loan Agreement.

43. By virtue of the Guaranty executed by Mitchell Gehrisch, he owes Republic Bank the full amounts due under the First Note and Business Loan Agreement.

**WHEREFORE**, Plaintiff, Republic Bank, demands judgment against Defendant Mitchell Gehrisch for all accelerated amounts due under the First Note and Business Loan Agreement, plus accrued interest, court costs, attorneys' fees and all other amounts, and for all such other and further relief as this Court deems just and proper.

## COUNT IV: BREACH OF GUARANTY (SECOND NOTE)

Republic Bank sues Mitchell Gehrisch, in the alternative to Count III, for Breach of Guaranty with respect to the Second Note and alleges:

44. Republic Bank re-alleges paragraphs 1 through 32 above as though fully set forth herein.

45. Michael Gehrisch defaulted under the Second Note by failing to make any payments thereunder.

46. By virtue of the Guaranty executed by Mitchell Gehrisch, he owes Republic Bank the full amounts due under the Second Note.

**WHEREFORE**, Plaintiff, Republic Bank, demands judgment against Defendant Mitchell Gehrisch for all accelerated amounts due under the Second Note, plus accrued interest, court costs, attorneys' fees and all other amounts, and for all such other and further relief as this Court deems just and proper.

## Local Rule 2.02 Designation of Lead Counsel

Pursuant to Middle District of Florida Local Rule 2.02, Plaintiff, Republic Bank, designates Benjamin B. Brown, Esq. as lead counsel in this action.

Dated: May 25, 2021                                QUARLES & BRADY LLP

By: */s/ Benjamin B. Brown*
    Benjamin B. Brown
    Florida Bar No. 13290
    1395 Panther Lane, Suite 300
    Naples, FL  34109
    239/659-5026 Telephone
    239/213-5426 Facsimile
    benjamin.brown@quarles.com
    debra.topping@quarles.com
    kerlyne.luc@quarles.com
    DocketFL@quarles.com

    and

    Julia M. Wischmeier
    Florida Bar No. 1011604
    101 East Kennedy Boulevard,
    Suite 3400
    Tampa, FL 33602-5195
    julia.wischmeier@quarles.com
    karen.wollitz@quarles.com
    DocketFL@quarles.com
    *Attorneys for Plaintiff*

QB\68507280.1