# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

REPUBLIC BANK OF CHICAGO,   CASE NO.: 2:21-cv-0415-SPC-NPM

      Plaintiff,

v.

GEHRISCH INSURANCE &
FINANCIAL SERVICES INC., a Florida
corporation; GEHRISCH INSURANCE
& FINANCIAL SERVICES INC, a
Florida corporation; and MITCHELL
ARDEN GEHRISCH, individually,

      Defendants.
_____/

## PLAINTIFF'S MOTION FOR AMENDED JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff, REPUBLIC BANK OF CHICAGO ("Plaintiff"), hereby requests that the Court amend the *Default Judgment in a Civil Case* entered July 22, 2022 (Dkt. 72), and that the Clerk of Court enter an amended final judgment, to include additional information to allow Plaintiff to collect on the judgment and assert its judgment lien rights under Florida law, and says:

Pursuant to Florida law, final judgments shall contain certain information, including "the amount to which [the judgment creditor] is entitled" and each judgment debtor's address. § 55.01, Fla. Stat. (2022).

Further, pursuant to section 55.10, Florida Statutes (2022), "[a] judgment . . . becomes a lien on real property in any county when a certified copy of it is recorded in the official records or judgment lien record of the county . . ., provided that the judgment . . . contains" certain enumerated information, including but not limited to, the address of the creditor. *Id.* § 55.10(1).

Therefore, for clarity, to aid Plaintiff in enforcing the final judgment, and to allow Plaintiff to assert its lien rights resulting from the final judgment, Plaintiff hereby requests that the Court enter an amended judgment in the form attached hereto as **Exhibit "A,"** which includes the information necessary under Florida Statutes. The proposed *Amended Default Judgment in a Civil Case and Summary Final Judgment Against Mitchell Arden Gehrisch* attached hereto as Exhibit "A" includes judgment against Defendants GEHRISCH INSURANCE & FINANCIAL SERVICES, INC., GEHRISCH INSURANCE & FINANCIAL SERVICES, INC, and MITCHELL ARDEN GEHRISCH jointly and severally for $256,405.66. This amount was calculated by adding interest at the *per diem* rate of $101.94 to the amounts owed under the Loan as of April 19, 2022 (as stated in *Plaintiff's Motion for Entry of Final Judgment After Default Against Defendants Gehrisch Insurance & Financial Services Inc. and Gehrisch Insurance & Financial Services Inc and Incorporated Memorandum of Law* (Dkt. 62), at ¶¶ 21-23) through July 21, 2022, which is the date of this Court's Opinion and Order (Dkt. 71).

WHEREFORE, Plaintiff, REPUBLIC BANK OF CHICAGO, respectfully requests that the Court enter the *Amended Default Judgment in a Civil Case and Summary Final Judgment Against Mitchell Arden Gehrisch* attached hereto as Exhibit "A," that the Clerk of Court enter same, and for all such other and further relief as is just and proper.

Dated:  August 17, 2022                              QUARLES & BRADY LLP

By: */s/ Benjamin B. Brown*
  Benjamin B. Brown
  Florida Bar No. 13290
  1395 Panther Lane, Suite 300
  Naples, FL  34109
  239/659-5026 Telephone
  benjamin.brown@quarles.com
  debra.topping@quarles.com
  kerlyne.luc@quarles.com
  DocketFL@quarles.com

  *and*

  Melanie C. Kalmanson
  Florida Bar No. 123855
  Julia M. Wischmeier
  Florida Bar No. 1011604
  101 East Kennedy Boulevard, Suite 3400
  Tampa, FL 33602-5195
  julia.wischmeier@quarles.com
  cyndi.trotti@quarles.com
  melanie.kalmanson@quarles.com
  lynda.dekeyser@quarles.com
  DocketFL@quarles.com
  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed on August 17, 2022, using the CM/ECF e-filing system, which will send an electronic copy to all counsel of record, and that a true and correct copy of the foregoing was served on the following via U.S. Mail:

Gehrisch Insurance & Financial Services Inc.
3040 Oasis Grand Blvd. #705
Fort Myers, FL 33916

Gehrisch Insurance & Financial Services Inc
3040 Oasis Grand Blvd. #705
Fort Myers, FL 33916

Mitchell Arden Gehrisch
4245 Breezeway Boulevard, Unit 2513
Sarasota, FL 34238

/s/ *Benjamin B. Brown*
Benjamin B. Brown