UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REPUBLIC BANK OF CHICAGO,

    Plaintiff,

v.                                          Case No.:   2:21-cv-415-SPC-NPM

GEHRISCH INSURANCE &
FINANCIAL SERVICES, INC.,
GEHRISCH INSURANCE &
FINANCIAL SERVICES INC and
MITCHELL ARDEN GEHRISCH,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is Plaintiff's Motion for Amended Judgment (Doc. 73). No Defendant timely responded. The Court granted default and summary judgment to Plaintiff. (Doc. 71). The Clerk entered Judgment. (Doc. 72). Now, Plaintiff asks to amend the Judgment to aid with collection. It does so because Florida requires a judgment to contain certain information and allows a recorded judgment to become a lien if it has some information. Fla. Stat. §§ 55.01(1)-(2), 55.10(1). The Court grants the Motion and directs the Clerk to enter an Amended Judgment containing the information below.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Amended Judgment (Doc. 73) is **GRANTED**.

2. The Clerk is **DIRECTED** to **ENTER** the following Amended Judgment titled, "AMENDED JUDGMENT IN A CIVIL CASE":

> **IT IS ORDERED AND ADJUDGED** pursuant to this Court's Order of July 21, 2022, Plaintiff's Motion for Entry of Final Judgment After Default Against Defendants Gehrisch Insurance & Financial Services, Inc. and Gehrisch Insurance & Financial Services, Inc (Doc. 62) is GRANTED.  Plaintiff Republic Bank of Chicago, 2221 Camden Court, Oak Brook, IL 60523, is entitled to judgment on Counts 1 and 2, and shall recover from Defendants Gehrisch Insurance & Financial Services, Inc., 3040 Oasis Grand Blvd. #705, Fort Myers, FL 33916, and Gehrisch Insurance & Financial Services, Inc, 3040 Oasis Grand Blvd. #705, Fort Myers, FL 33916, jointly and severally, the sum of $256,405.66, together with post-judgment interest beginning July 22, 2022, for which sums let execution issue forthwith.
>
> **IT IS ORDERED AND ADJUDGED** Plaintiff's Motion for Partial Summary Judgment Against Defendant Mitchell Arden Gehrisch (Doc. 65) is GRANTED.  Plaintiff Republic Bank of Chicago, 2221 Camden Court, Oak Brook, IL 60523, is entitled to judgment on

Count 3, and shall recover from Defendant Mitchell Arden Gehrisch, 4245 Breezeway Boulevard, Unit 2513, Sarasota, FL 34238, jointly and severally with the other Defendants, the sum of $256,405.66, together with post-judgment interest beginning July 22, 2022, for which sums let execution issue forthwith.

**IT IS ORDERED AND ADJUDGED** that Count 4 is DISMISSED as moot.

Accordingly, this case is closed.

**DONE** and **ORDERED** in Fort Myers, Florida on September 8, 2022.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record